GEORGE W. PLATT et al. vs. RICHARD D. LITTELL, JOHN TOTTEN and
JACOB BODINE.

Under the 84th rule, joint defendants in assumpsit appearing in good faith by different
attorneys (except attorneys separately appearing who are partners in business), are
each entitled to move for judgment as in case of non-suit.

*Motion by each defendant for judgment as in case of non-suit.*—In this
cause, which appears on the papers to be assumpsit against the de-
fendants jointly, each of the defendants gave a separate notice of motion
for judgment as in case of non-suit. Affidavits were read in opposition
to excuse the omission to try the cause at the circuit for which it was
noticed, but which were held insufficient for that purpose. It was then
objected, that the defendants, Littell and Bodine, had appeared and
moved separately by attorneys who were *partners in business* for the
purpose of increasing costs, and the court granted the motions, unless
plaintiffs stipulate, &c. but with costs of but *one* motion.

The third motion in behalf of defendant Totten noticed by a different attorney, was also granted, unless, &c., with costs of motion ; it being the opinion of the court that under the 84th standing rule, joint defendants in assumpsit appearing in good faith by different attorneys, were each entitled to move.

S. SHERWOOD, *Counsel for deft Bodine.*

F. S. KINNEY, *Atty for deft Bodine.*

R. W. PECKHAM, *Counsel for deft Littell.*

R. W. TOWNSEND, *Atty for deft Littell.*

F. H. HASTINGS, *Counsel for deft Totten.*

GIBBS & BECKWITH, *Atty for deft Totten.*

A. TABER, *Counsel for plff.*

E. W. CONE, *Atty for plff.*

Rules according to the above decisions.